Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL TOWLES

# UNITED STATES DISTRICT COURT,
## EASTERN DISTRICT OF CALIFORNIA,
## SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TOWLES, | **Case No.:** |
| Plaintiff, | **COMPLAINT AND DEMAND FOR JURY TRIAL** |
| v. | **(Unlawful Debt Collection Practices)** |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

## <u>VERIFIED COMPLAINT</u>

MICHAEL TOWLES (Plaintiff), by his attorneys, KROHN & MOSS, LTD., alleges the following against NCO FINANCIAL SYSTEMS, INC. (Defendant):

### INTRODUCTION

1. Count I of Plaintiff's Complaint is based on the Fair Debt Collection Practices Act, *15 U.S.C. 1692 et seq.* (FDCPA).

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, insurers, and attorneys.

- 1 -

PLAINTIFF'S COMPLAINT

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to *15 U.S.C. 1692k(d)*, which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy," and *28 U.S.C. 1367* grants this court supplemental jurisdiction over the state claims contained therein.

4. Defendant conducts business in the state of California, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to *28 U.S.C. 1391(b)(1)*.

6. Declaratory relief is available pursuant to *28 U.S.C. 2201 and 2202*.

**PARTIES**

7. Plaintiff is a natural person residing in the state of Tennessee.

8. Plaintiff is a consumer as that term is defined by *15 U.S.C. 1692a(3)* and Defendant is attempting to collect a debt by communicating with Plaintiff as that term is defined by *15 U.S.C. 1692a(5)* and *Cal. Civ. Code § 1788.2(h)*.

9. Defendant is a debt collector as that term is defined by *15 U.S.C. 1692a(6)* and *Cal. Civ. Code §1788.2(c)*, and sought to collect a consumer debt by contacting Plaintiff.

10. Defendant is a national company with business offices in Rancho Cordova, Sacramento County, California.

**FACTUAL ALLEGATIONS**

11. Defendant constantly and continuously places collection calls to Plaintiff seeking and demanding payment for an alleged debt.

12. Defendant places multiple collection calls to Plaintiff daily.

13. Defendant places collection calls to Plaintiff's home telephone number.

14. Defendant places collection calls to Plaintiff's place of employment after being informed

PLAINTIFF'S COMPLAINT

that Plaintiff cannot receive telephone calls at work.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a.   Defendant violated *§1692c(a)(1)* of the FDCPA by contacting Plaintiff at his place of employment, a place known to be inconvenient to Plaintiff.

    b.   Defendant violated *§1692c(a)(3)* of the FDCPA by contacting Plaintiff at his place of employment after Plaintiff informed Defendant that his employer prohibits such communication.

    c.   Defendant violated *§1692d* of the FDCPA by engaging in conduct of which the natural result is the abuse and harassment of the Plaintiff.

    d.   Defendant violated *§1692d(5)* of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff

    e.   Defendant violated *§1692e(10)* of the FDCPA by using deceptive means in an attempt to collect a debt by contacting Plaintiff at his place of employment.

WHEREFORE, Plaintiff, MICHAEL TOWLES, respectfully requests judgment be entered against Defendant, NCO FINANCIAL SYSTEMS, INC., for the following:

16. Statutory damages of $1000.00  pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, *15 U.S.C. 1692k*

18. Any other relief that this Honorable Court deems appropriate.

- 3 -

PLAINTIFF'S COMPLAINT

1
2
3
4

## **DEMAND FOR JURY TRIAL**

        PLEASE TAKE NOTICE that Plaintiff, MICHAEL TOWLES demands a jury trial in
this cause of action.


                                        RESPECTFULLY SUBMITTED,

DATED:  December 30, 2010                      KROHN & MOSS, LTD.

                                        /s/ Nicholas J. Bontrager

                                By: _____

                                        Nicholas J. Bontrager
                                        Attorney for Plaintiff

- 4 -

Case 2:10-cv-03488-FCD-DAD Document 1 Filed 12/30/10 Page 5 of 5

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF TENNESSEE

    Plaintiff, MICHAEL TOWLES, states as follows:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.
6. Each and every exhibit I have provided to my attorneys which has been attached to this Complaint is a true and correct copy of the original.
7. Except for clearly indicated redactions made by my attorneys where appropriate, I have not altered, changed, modified or fabricated these exhibits, except that some of the attached exhibits may contain some of my own handwritten notations.

    Pursuant to 28 U.S.C. § 1746(2), I, MICHAEL TOWLES, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

DATE: _October 22, 2010_      _Michael Towles_
                                        MICHAEL TOWLES

PLAINTIFF'S COMPLAINT