Nicholas J. Bontrager, Esq. (SBN 252114)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
T: (323) 988-2400; F: (866) 802-0021
nbontrager@consumerlawcenter.com
Attorneys for Plaintiff,
MICHAEL TOWLES

**UNITED STATES DISTRICT COURT,**
**EASTERN DISTRICT OF CALIFORNIA,**
**SACRAMENTO DIVISION**

| | |
|---|---|
| MICHAEL TOWLES, | Case No.: 2:10-cv-03488-FCD -DAD |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| NCO FINANCIAL SYSTEMS, INC., | |
| Defendant. | |

NOW COMES the Plaintiff, MICHAEL TOWLES, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 40 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

                               Respectfully Submitted,

DATED: June 10, 2011         KROHN & MOSS, LTD.


                               By: /s/ Nicholas J. Bontrager

                               Nicholas J. Bontrager
                               Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System. I further certify that on June 10, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

By: /s/ Nicholas J. Bontrager

Nicholas J. Bontrager, Esq.