UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL TOWLES, | ) Case No.  2:10-CV-03488-FCD-DAD |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING JOINT<br>) STIPULATION TO DISMISS ENTIRE<br>) ACTION WITH PREJUDICE |
| NCO FINANCIAL SYSTEMS, INC., | ) |
| Defendant. | ) |

Based on the Stipulation to dismiss entire action with prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: August 1, 2011

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE

1